[No. 37779-9-II. Division Two. March 17, 2009.]

*In the Matter of the Welfare of* N.D.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-7-01815-1, Frederick Hayes, J. Pro Tem., entered May 22, 2008. *Remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 26523-4-III. Division Three. March 17, 2009.]

*In the Matter of the Personal Restraint of* ROGELIO PEREZ-CASTILLO, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26626-5-III. Division Three. March 17, 2009.]

CHERYL L. HOLLENBACK, *Appellant,* v. SHRINERS HOSPITALS FOR CHILDREN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-03257-2, Robert D. Austin, J., entered November 30, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ. Now published at 149 Wn. App. 810.

[No. 26741-5-III. Division Three. March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE TERRELL BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00587-4, Cameron Mitchell, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.